25cr 331 JMB/DTS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 1956(h) |
| | 18 U.S.C. § 1956(a)(2) |
| v. | |
| AHMEDNAJI MAALIM AFTIN SHEIKH, also known as "Ahmed Naji Moalin," | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

1.      At times relevant to the indictment:

a.      Defendant AHMEDNAJI MAALIM AFTIN SHEIKH was a citizen and resident of Kenya.

b.      Abdiaziz Shafii Farah was a resident of Minnesota and the brother-in-law of defendant AHMEDNAJI MAALIM AFTIN SHEIKH.

c.      From 2020 through 2022, Abdiaziz Farah carried out a massive scheme to defraud the federal child nutrition program, a program designed to provide free meals to children in need. Abdiaziz Farah and his co-conspirators obtained, misappropriated, and laundered more than $40 million in federal child nutrition program funds that were intended as reimbursements for the cost of serving meals to children.

d.      Empire Enterprises LLC was a Minnesota limited liability company that Abdiaziz Farah created and used to launder the proceeds of his fraud scheme.

SCANNED
SEP 0 3 2025
U.S. DISTRICT COURT MPLS

United States v. Ahmednaji Maalim Aftin Sheikh

       e.      Capital View Properties Ltd. was a Kenyan company created and used to invest in real estate in Nairobi, Kenya.

       f.      South C is an upper-class residential neighborhood in Nairobi, Kenya. South C is located adjacent to Nairobi National Park.

       g.      Mandera County is a county located in the northeastern part of Kenya along the Somali and Ethiopian border. Mandera Town is the capital of Mandera County.

       h.      Amana Money Transfer is a company that offers international money transfer services.

       i.      Individual S.D. is the sister of Abdiaziz Farah's wife. Individual S.D. is a naturalized U.S. citizen who resides in Minnesota.

       j.      Individual S.D. worked for Sponsor A, a company that sponsored Abdiaziz Farah's fraudulent participation in the Federal Child Nutrition Program.

## Count 1
(Conspiracy to Commit International Money Laundering)

2.      From in or about 2021 through in or about 2022, the defendant,

AHMEDNAJI MAALIM AFTIN SHEIKH,

did knowingly combine, conspire, and agree with other persons, both known and unknown to the Grand Jury, to commit offense against the United States, in violation of 18 U.S.C. § 1956(a)(2), that is:

       a.      to transport, transmit, transfer, and attempt to transport, transmit, and transfer, monetary instruments and funds involving the proceeds of a specified unlawful activity, that is, wire fraud, in violation of 18 U.S.C. § 1343, from

United States v. Ahmednaji Maalim Aftin Sheikh

a place in the United States to a place outside the United States, knowing that said monetary instruments and funds represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer is designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of a specified unlawful activity, that is, wire fraud, in violation of 18 U.S.C. § 1343.

## Manner and Means of the Conspiracy

3.    The manner and means by which the conspirators sought to accomplish the objects of the conspiracy included, among others, the following:

a.    Abdiaziz Farah and others in Minnesota fraudulently obtained more than $40 million in federal child nutrition program funds.

b.    Abdiaziz Farah sent millions of dollars in fraud proceeds abroad, including to Kenya and Somalia.

c.    Defendant AHMEDNAJI MAALIM AFTIN SHEIKH, who lived in Kenya, received these funds and helped Abdiaziz Farah conceal the nature, location, source, ownership, and control of his fraud proceeds by receiving them in Kenya and investing them in Kenyan real estate through a series of corporate entities.

d.    Defendant AHMEDNAJI MAALIM AFTIN SHEIKH helped Abdiaziz Farah use his fraud proceeds to purchase a 20 percent stake in Capital View Properties Ltd., a Kenyan real estate company.

e.    In April 2021, Abdiaziz Farah used fraud proceeds to purchase an ownership interest in an apartment building in the South C neighborhood of Nairobi.

3

United States v. Ahmednaji Maalim Aftin Sheikh

      f.     Defendant AHMEDNAJI MAALIM AFTIN SHEIKH helped Abdiaziz Farah use fraud proceeds to purchase land in Mandera Town, a city located in Kenya on the border with Somalia and Ethiopia.

      g.     Defendant AHMEDNAJI MAALIM AFTIN SHEIKH and Abdiaziz Farah regularly texted about the status of funds sent from the United States to Kenya.

      h.     On or about July 3, 2021, Abdiaziz Farah told AHMEDNAJI MAALIM AFTIN SHEIKH via text message that "You are gonna be the richest 25 year old InshaAllah." AHMEDNAJI MAALIM AFTIN SHEIKH responded, "I love you so much."

      i.     On or about August 25, 2021, Abdiaziz Farah asked AHMEDNAJI MAALIM AFTIN SHEIKH for an update on what funds he had received from the Amana Money Transfer company that week. Ahmednaji explained that "[t]oday they gave me $90K in Kenyan shillings" and that he had "$185,000 in USD dollars."

      j.     A few days later, on or about August 29, 2021, AHMEDNAJI MAALIM AFTIN SHEIKH sent Abdiaziz Farah another update along with a photo of what appears to be $138,000 in cash.

United States v. Ahmednaji Maalim Aftin Sheikh



k.    On or about October 21, 2021, Abdiaziz Farah told AHMEDNAJI MAALIM AFTIN SHEIKH via text that he "should get $800,000 before end of November from various people." Abdiaziz Farah clarified that it was "Construction $."

l.    On or about December 9, 2021, defendant AHMEDNAJI MAALIM AFTIN SHEIKH sent Abdiaziz Farah a photo of a bankers box filled with $270,000 in cash. Abdiaziz Farah responded by asking, "Is this from Amana bro?"

United States v. Ahmednaji Maalim Aftin Sheikh



      m.    On or about December 16, 2021, AHMEDNAJI MAALIM AFTIN

SHEIKH sent Abdiaziz Farah photos of the receipt documenting a $300,000 money

transfer from Abdiaziz Farah in Minnesota to AHMEDNAJI MAALIM AFTIN

SHEIKH in Kenya. AHMEDNAJI MAALIM AFTIN SHEIKH explained, "I have

received today $90K from AMANA for the first batch of $300K."

United States v. Ahmednaji Maalim Aftin Sheikh



n.    Later that day, defendant AHMEDNAJI MAALIM AFTIN SHEIKH told Abdiaziz Farah that he "[p]icked up another $60K from AMANA. That's total of $150K today. $90K + $60K = $150K."

12/16/2021 6:33:56 AM(UTC-6)

Picked another $60K from AMANA. That's total of $150K today
$90K+$60K=$150K

United States v. Ahmednaji Maalim Aftin Sheikh

      o.     On December 18, 2021, AHMEDNAJI MAALIM AFTIN SHEIKH told Abdiaziz Farah, "I have received another $50K from AMANA today. So I have a total of $200K from the $700k."

      p.     On December 27, 2021, AHMEDNAJI MAALIM AFTIN SHEIKH said he had received $1,287,000 from Abdiaziz Farah in the prior days.



4.     In or about October 2021, Abdiaziz Farah purchased a townhome in Burnsville using the proceeds of the fraud scheme. Individual S.D. then moved into a townhome.

5.     On or about December 21, 2021, Individual S.D. flew from her home in Minnesota to Nairobi, Kenya. On or about December 30, 2021, defendant AHMEDNAJI MAALM AFTIN SHEIKH married Individual S.D. in Kenya. Individual S.D. returned to the United States on January 11, 2022.

6.     On or about June 9, 2023, Individual S.D. filed a "Petition for Alien Relative" seeking to sponsor defendant AHMEDNAJI MAALM AFTIN SHEIKH's immigration to and permanent residency in the United States. On the petition, Individual S.D. identified defendant AHMEDNAJI MAALM AFTIN SHEIKH as her husband.

United States v. Ahmednaji Maalim Aftin Sheikh

      7.    On or about November 7, 2024, defendant AHMEDNAJI MAALM AFTIN SHEIKH applied to enter the 2026 Diversity Visa lottery. The Diversity Immigrant Visa program, also known as the "green card lottery," is an annual immigration lottery run by the United States Department of State. The program seeks to diversify the immigrant population of the United States by selecting applicants from countries with low numbers of immigrants. Each year, the State Department issues immigrant visas followed by permanent resident cards (or "green cards") to approximately 55,000 winners of the immigration lottery. On his application, defendant AHMEDNAJI MAALM AFTIN SHEIKH falsely stated that he was unmarried.

      All in violation of 18 U.S.C. 1956(h).

## FORFEITURE ALLEGATIONS

      8.    If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in that offense and any property traceable to such property.

United States v. Ahmednaji Maalim Aftin Sheikh

      9.     If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____

ACTING UNITED STATES ATTORNEY     FOREPERSON